IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02347-REB-KLM

JEFFREY ETHAN LEE

Plaintiff,

v.

THE BOARD OF TRUSTEES OF THE UNIVERSITY OF NORTHERN COLORADO, and THE UNIVERSITY OF NORTHERN COLORADO

Defendants.

---

STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

THE PARTIES, by their respective counsel, and pursuant to Federal Rule of Civil Procedure 41 (a) do hereby stipulate for dismissal of this case with prejudice, each side to bear his and its own costs and legal fees.

Respectfully submitted this 25th day of September, 2009.

s/ George C. Price

George C. Price
925 South Niagara Street, Suite 200
Denver CO 80224
303-861-5500
Attorney for Plaintiff

s/ Christine Wilkinson

Christine Wilkinson
Assistant Attorney General
1525 Sherman Street, 7th Floor
Denver, CO 80203
303-866-3400
Attorney for Defendants