**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02347-REB-KLM

JEFFREY ETHAN LEE,

    Plaintiff,

v.

THE BOARD OF TRUSTEES OF THE UNIVERSITY OF NORTHERN COLORADO,
and
THE UNIVERSITY OF NORTHERN COLORADO,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#19] filed September 29, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#19] filed September 29, 2009, is **GRANTED**;

2. That the Trial Preparation Conference set for January 22, 2010, is **VACATED**;

3. That the jury trial set to commence February 8, 2010, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 29, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge